*tin* and *Mr. Amos Thomas,* for petitioners, in opposition to the motion. [See *ante,* pp. 77, 640.]

---

No. —, Original. *Ex parte:* IN THE MATTER OF JESSE C. RUMSEY, PETITIONER. June 4, 1923. Motion for leave to file a petition for a writ of habeas corpus herein denied. *Mr. Jesse C. Rumsey* pro se.

---

No. 876. JAMES C. DAVIS, AS AGENT, ETC. *v.* W. M. SCROGGINS. Error to the Circuit Court of Appeals for the Fifth Circuit. Motion to dismiss or affirm submitted May 7, 1923. Decided June 4, 1923. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 3 of the Act of September 6, 1916, c. 448, 39 Stat. 726, 727. *Mr. Ras Young* and *Mr. George Thompson* for plaintiff in error. *Mr. Cone Johnson, Mr. James W. Edwards* and *Mr. Fred V. Hughes* for defendant in error.

---

No. —, Original. UNITED STATES *v.* STATE OF OKLAHOMA. June 11, 1923. Motion for leave to file bill of complaint herein denied. *The Attorney General, Mr. Solicitor General Beck* and *Mr. Alfred A. Wheat* for the United States.

---

No. —. W. J. BLAIR *v.* F. RORER'S ADMINISTRATOR ET AL. June 11, 1923. Motion for leave to file a petition for a writ of error herein to the Supreme Court of Appeals of the State of Virginia denied. *Mr. Aubrey E. Strode* for plaintiff in error.

---

No. 274. WILLIAM RANDALL ET AL. *v.* BOARD OF COMMISSIONERS OF TIPPECANOE COUNTY, INDIANA. Error to